UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



ALFRED BELL (#179820)

VERSUS

STATE OF LOUISIANA

CIVIL ACTION

NO. 08-763-JJB-CN

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland, dated January 7, 2009 (doc. no. 4) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, this action is DISMISSED, without prejudice, for failure of the plaintiff to pay the Court's filing fee.

Baton Rouge, Louisiana, this 4th day of February, 2009.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA